UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JADE HING, | : | Case No. 1:17-cv-332 |
| Plaintiff, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| HORSESHOE CINCINNATI MANAGEMENT, LLC, | : | |
| Defendant. | : | |

**CONDITIONAL ORDER OF DISMISSAL**

The Court having been advised that this case settled in the presence of the Magistrate Judge;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 45 days, move to reopen the action if settlement is not consummated.  Also, if desired, the parties may timely move to substitute a judgment entry contemplated by the settlement agreement.

The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Date:  2/6/18

*s/Timothy S. Black*
Timothy S. Black
United States District Judge